■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY HOLDER, Appellant. [625 NYS2d 909] —Judgment, Supreme Court, Bronx County (George Covington, J.), rendered May 27, 1993, convicting defendant, after a jury trial, of burglary in the first degree, robbery in the first degree, and

assault in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 12½ to 25 years, 12½ to 25 years, and 7½ to 15 years, respectively, unanimously affirmed.

The trial court's *Sandoval* ruling, which permitted inquiry into the underlying facts of a relatively small number of defendant's prior convictions, was not an abuse of discretion *(see, People v Bowman,* 211 AD2d 590; *see also, People v Cain,* 167 AD2d 131, 132-133, *lv denied* 77 NY2d 836; *People v Mingues,* 165 AD2d 774, *lv denied* 76 NY2d 988). Concur—Ellerin, J. P., Asch, Nardelli and Williams, JJ.